Roger J. McConkie (#5513) rjm@princeyeates.com
Wilford A. Beesley, III (#8724) wab@princeyeates.com
PRINCE, YEATES & GELDZAHLER
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone:  (801) 524-1000
Facsimile:  (801) 524-1098

Mark F. Warzecha (Florida #98831) mfw@USLegalTeam.com
WIDERMAN MALEK, PL
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone:  (321) 255-2332
Facsimile:  (321) 255-2351
(*Pro Hac Vice*)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMERICAN MOVING & STORAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GO PRO VAN LINES, LLC,<br><br>Defendant. | **ORDER ON STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Civil No. 2:15-cv-00077-DB<br><br>Judge: Dee Benson |

This matter has come before the Court upon the Parties' *Stipulation For Entry Of Permanent Injunction* (the "**Stipulation**").  The Court has considered the Parties' *Stipulation* and has otherwise been advised in the premises.

1

The Court **HEREBY FINDS** that

1. Plaintiff American Moving & Storage Association ("**Plaintiff**") has a substantial likelihood of success on its claims for trademark infringement under §§ 1114(1), 1114(1)(a), 1116(d), and 1125(a)(1).

2. Plaintiff will suffer irreparable harm, including, but not limited to, financial loss and damage to its goodwill and continued loss to the exclusive right to use its intellectual property in commerce if Defendant Go Pro Van Lines, LLC ("**Defendant**") is permitted to continue to use Plaintiff's marks in commerce.

3. The harm Plaintiff will suffer cannot be measured adequately or remedied at law. Far greater injury will be inflicted upon Plaintiff by the denial of such injunctive relief than would be inflicted upon Defendant by granting of such relief as Defendant will not incur any financial detriment as a result of the injunctive relief sought.

The Court further hereby **ORDERS** that

Defendant and its employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, and all persons in active concert or participation with any of them are PERMANENTLY RESTRAINED and ENJOINED from using any of Plaintiff's marks or any marks confusingly similar to any of Plaintiff's marks, in its name, its websites, its meta data, its email addresses, its solicitations for business, its advertisements, its shipping or storage documents, its phone communications, or in any of its business activities that are in any

way related to transportation, moving, or storage services.

      **ORDERED**, this 25th day of February, 2015.

                                  _____

                                  The Honorable Dee Benson
                                  United States District Judge

*Agreed as to form and content:*

  /s/ *George L. Chingas*     .
George L. Chingas, Esq.
*Attorney for Defendant*